IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GRECIAN DELIGHT FOODS, INC., a Delaware corporation, Plaintiff, | ) ) ) ) | |
| v. | ) ) | No. 14-4039 |
| GAEA PRODUCTS S.A., a Greek company, Defendant. | ) ) ) ) | |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and correct copies of the Court's letter and materials describing the Court's Lanham Act mediation program have been provided to Plaintiff, Defendant's representative, and to Defendant at its place of business.

June 20, 2014              Respectfully submitted,

/s/ Adam Wolek
One of Plaintiff's Attorneys

Robert H. Lang
James L. Oakley
Adam Wolek
Thompson Coburn LLP
55 E. Monroe Street, 37th Floor
Chicago, IL 60603
T: (312) 346-7500
F: (312) 580-2201
*Counsel for Plaintiff Grecian Delight Foods, Inc.*