IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRECIAN DELIGHT FOODS, INC., )<br>    a Delaware corporation, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>GAEA PRODUCTS S.A., )<br>    a Greek company, )<br>)<br>        Defendant. ) | Case No. 14-cv-04039 |

**PLAINTIFF GRECIAN DELIGHT FOOD'S FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT**

Plaintiff, Grecian Delight Foods, Inc., pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby voluntarily dismisses the Complaint filed in the above captioned proceeding without prejudice and without costs. Defendant has not answered the Complaint or filed a motion for summary judgment.

Accordingly, the Plaintiff notifies the Court and Defendant that the Complaint has been dismissed without prejudice, and without costs.

October 27, 2014

Respectfully submitted,

/s/ Adam Wolek
One of Plaintiff's Attorneys

Robert H. Lang
James L. Oakley
Adam Wolek
Thompson Coburn LLP
55 E. Monroe Street, 37th Floor
Chicago, IL 60603
T: (312) 346-7500
F: (312) 580-2201
*Counsel for Plaintiff Grecian Delight Foods, Inc.*